IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. RUSSELL, LAURIE L. RUSSELL,<br><br>Defendants. | 4:12CR3042<br><br>**MEMORANDUM AND ORDER** |

Counsel for the parties state the volume of documentary discovery in this case is substantial, and the defendant needs additional time to review the discovery before determining if pretrial motions should be filed.

Accordingly,

IT IS ORDERED:

1) **As to both defendants**, pretrial motions and briefs shall be filed on or before November 21, 2012.

2) The ends of justice served by allowing additional time for the defendants to review discovery outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to both defendants**, the time between today's date and November 21, 2012, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

July 17, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge