IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:12-CR-3042 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STRIKE ORDER** |
| vs. | ) | |
| MICHAEL M. RUSSELL, LAURIE L. RUSSELL, | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on the 21st day of November, 2012, on the Motion of the Defendants to Strike Document 17 in this case.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Document 17 in this case will be stricken.

November 21, 2012

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

1